732

ney General Mitchell, Assistant Attorney General Young-
quist, Messrs. Claude R. Branch, Mahlon D. Kiefer, and
W. Marvin Smith for the United States.

No. 624. BARNES ET AL. v. CITY OF SPRINGFIELD.    March
12, 1930.    Petition for writ of certiorari to the Superior
Court in and for the County of Hampden, Massachusetts,
denied.    Mr. Louis C. Henin for petitioners.    Mr. John
P. Kirby for respondent.

No. 626. M. SAMUEL & SONS, INC., v. SECOND NATIONAL
BANK OF TOLEDO.    March 12, 1930.    Petition for writ of
certiorari to the Circuit Court of Appeals for the Sec-
ond Circuit denied.    Mr. Morris D. Kopple for peti-
tioner.    Mr. Robert C. Morris for respondent.

No. 629. WILCOX v. NEW YORK CENTRAL R. Co.
March 12, 1930.    Petition for writ of certiorari to the
Circuit Court of Appeals for the Sixth Circuit denied.
Mr. G. A. Boone for petitioner.    No appearance for re-
spondent.

No. 635. CHURCH v. HARNIT ET AL.    March 12, 1930.
Petition for writ of certiorari to the Circuit Court of
Appeals for the Sixth Circuit denied.    Messrs. W. T.
Kinder and John B. McMahon for petitioner.    Mr. Lloyd
T. Williams for respondents.

No. 644. MERARD HOLDING Co., INC. v. FITZGERALD.
March 12, 1930.    Petition for writ of certiorari to the Su-
preme Court of Errors and Appeals of Connecticut,
denied.    Mr. William Harvey Smith for petitioner.